UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONAGRA FOODS INC., <br>     Plaintiff(s), <br>   v. <br> YOUNGS'S COMMERCIAL TRANSFER, INC., et al., <br>     Defendant(s). <br> _____/ | NO. CIV. S-06-2778 FCD/GGH <br><br> **ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 14, 2007. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: April 6, 2007

                                                FRANK C. DAMRELL, JR. <br>
                                                UNITED STATES DISTRICT JUDGE